IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>M. HACKER,<br><br>　　　　　　　　　Respondent. | 1:08-cv-00572-OWW-TAG (HC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**<br><br>(Doc. 12) |

　　Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 6, 2008, Respondent filed a motion requesting an extension of time to respond to the petition. (Doc. 12). The Court has read and considered the motion, finds that good cause exists to grant it, and makes the following orders:

　　1. Respondent's motion for an extension of time (Doc. 12) is GRANTED; and

　　2. Respondent shall have to and including November 5, 2008, to file a response to the petition.

IT IS SO ORDERED.

Dated:　**October 7, 2008**　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Proposed] ORDER