# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>                           Petitioner,<br>   vs.<br>M. HACKER,<br><br>                          Respondent. | CASE NO. 1:08cv572-IEG(WMc)<br><br>ORDER DENYING CERTIFICATE OF APPEALABILITY |

      Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging an institution disciplinary action. On December 19, 2008, the Court denied the Petition. Petitioner has now filed a notice of appeal.

      Pursuant to 28 U.S.C. § 2253, Petitioner must obtain a certificate of appealability in order to pursue his appeal. The Court should issue a certificate of appealability where Petitioner has made a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253; <u>Pham v. Terhune</u>, 400 F.3d 740, 742 (9th Cir. 2005). Upon review of the petition, the Court finds none of the issues Petitioner raises are ones that reasonable jurists would find debatable. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). Therefore, the Court DENIES a certificate of appealability.

      **IT IS SO ORDERED**.

**DATED: December 30, 2008**

                                                          **IRMA E. GONZALEZ, Chief Judge**
                                                          **United States District Court**
                                                          **Southern District of California**