# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND WRIGHT,<br><br>                              Petitioner,<br>   vs.<br>M. HACKER,<br><br>                              Respondent. | CASE NO. 1:08cv572-IEG(WMc)<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY [Doc. No. 31] |

Petitioner's motion for a certificate of appealability is DENIED as moot in light of the Court's December 30, 2008 order denying such a certificate pursuant to 28 U.S.C. § 2253 [Doc. No. 29].

**IT IS SO ORDERED**.

**DATED: January 5, 2009**

_____
**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

1:08cv572